UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
CATHERINE Y. GOULD,                 )
                                    )
        Plaintiff,                  )
                                    )
   v.                               )   C.A. No. 16-04 S
                                    )
NANCY BERRYHILL[1], Acting          )
Commissioner of the Social          )
Security Administration,            )
                                    )
        Defendant.                  )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

Before the Court is Plaintiff's Motion to Reverse the Decision of the Social Security Administration ("Motion to Reverse," ECF No. 12) and Defendant's Motion to Affirm the Decision of the Social Security Administration ("Motion to Affirm," ECF No. 14). This matter was referred to Magistrate Judge Lincoln D. Almond, who provided a Report and Recommendation recommending the Court grant the Motion to Affirm and deny the Motion to Reverse. (Report and Recommendation, ECF No. 16.) Because Plaintiff has failed to file an objection to the Report and Recommendation, any such objection is waived, see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986),

---

[1] Nancy A. Berryhill is the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill has been substituted for the previous Acting Commissioner, Carolyn W. Colvin, as Defendant in this case.

and the Report and Recommendation (ECF No. 16) is ACCEPTED. Plaintiff's Motion to Reverse (ECF No. 12) is DENIED, and Defendant's Motion to Affirm (ECF No. 14) is GRANTED. Judgment will enter for Defendant.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date: March 13, 2017